IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY LUNDEEN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:19-cv-01259-JES-JEH |
| | ) |
| – vs – | ) |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Tracy Lundeen ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached settlement. Plaintiff and Defendant anticipate filing a stipulation of dismissal of this action against GC Services, LP with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: September 6, 2019

By: */s/ Peter Cozmyk*
Peter Cozmyk
Attorney for Plaintiff
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
P: (877) 570-4440

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that on September 5, 2019 a true and correct copy of the foregoing Notice of Settlement was filed via the Court's CM/ECF system, which will notify all attorneys of record, including:

Jill M Felkins
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
Suite 5500
233 South Wacker Drive
Chicago, IL 60606
312-645-7800
Fax: 312-645-7711
Email: jfelkins@smsm.com

Rachel Nicole Laurel
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
Suite 5500
233 South Wacker Drive
Chicago, IL 60606
312-645-7800
Fax: 312-645-7711
Email: rlaurel@smsm.com

                                                By: */s/ Peter Cozmyk*
                                                Peter Cozmyk
                                                Attorney for Plaintiff
                                                COZMYK LAW OFFICES, LLC
                                                6100 Oak Tree Blvd., Ste. 200
                                                Independence, OH 44131
                                                P: (877) 570-4440