IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY LUNDEEN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:19-cv-01259-JES-JEH |
| | ) |
| – vs – | ) |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tracy Lundeen ("Plaintiff") and Defendant GC Services, LP ("Defendant"), pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

Dated: October 8, 2019

By: */s/ Peter Cozmyk*
Peter Cozmyk
Attorney for Plaintiff
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
P: (877) 570-4440
pcozmyk@cozmyklaw.com

By: */s/ Jill Felkins (with permission)*
Jill M Felkins
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
Suite 5500
233 South Wacker Drive
Chicago, IL 60606
312-645-7800
Fax: 312-645-7711
Email: jfelkins@smsm.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on October 8, 2019 a true and correct copy of the foregoing Notice of Settlement was filed via the Court's CM/ECF system, which will notify all attorneys of record, including:

Jill M Felkins
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
Suite 5500
233 South Wacker Drive
Chicago, IL 60606
312-645-7800
Fax: 312-645-7711
Email: jfelkins@smsm.com

Rachel Nicole Laurel
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
Suite 5500
233 South Wacker Drive
Chicago, IL 60606
312-645-7800
Fax: 312-645-7711
Email: rlaurel@smsm.com

By: */s/ Peter Cozmyk*
Peter Cozmyk
Attorney for Plaintiff
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
P: (877) 570-4440