# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY LUNDEEN, | Case No. 1:19-cv-01259-JES-JEH |
| Plaintiff, | |
| – vs – | |
| GC SERVICES, LP, | |
| Defendant. | |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Tracy Lundeen ("Plaintiff"), and Defendant, GC Services, LP, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

It is so ORDERED.

_____
Jonathan E. Hawley
United States Magistrate Judge